**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan Carlos GRANADAS–RIOS, also known as Carlitos, also known as Juan Carlos Granados, Defendant–Appellant**

No. 15-41392
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/15/2016

Ernest Gonzalez, Assistant U.S. Attorney, Plano, TX, for Plaintiff–Appellee

Juan Carlos Granadas–Rios, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Juan Carlos Granadas–Rios has moved for leave to withdraw and has filed a brief in

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Granadas–Rios has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.